**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

☑ **VOLUMINOUS DOCUMENT**

☐ **CD, VIDEO, PHOTOS, OTHER, ETC.**

# AVAILABLE IN THE RECORDS SECTION OF THE CLERK'S OFFICE FOR PUBLIC VIEWING