Steven W. Ritcheson, Esq. (SBN 174062)
**HENINGER GARRISON DAVIS, LL**
9800 D Topanga Canyon Blvd. #347
Chatsworth, California 91311
Telephone: (818) 882-1030
Facsimile: (818) 337-0383
switcheson@hgdlawfirm.com

Maureen Victoria Abbey, Esq. (*pro hac vice*)
**HENINGER GARRISON DAVIS, LLC**
220 Saint Paul Street
Westfield, New Jersey 07090
Telephone: 908-379-8475
Facsimile: 908-301-9008
Maureen@hgdlawfirm.com

Attorneys for Plaintiff,
JOAO CONTROL & MONITORING SYSTEMS, LLC

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| JOAO CONTROL & MONITORING SYSTEMS OF CALIFORNIA, LLC, N/K/A JOAO CONTROL & MONITORING SYSTEMS, LLC<br><br>Plaintiff,<br><br>v.<br><br>SLING MEDIA, INC.<br><br>Defendant. | Case No. 3:11-CV-06277-EMC<br><br>Judge: Hon. Edward M. Chen<br><br>**JOINT STIPULATION EXTENDING THE EARLY NEUTRAL EVALUATION DEADLINE** |

JOINT STIPULATION TO EXTEND EARLY NEUTRAL EVALUATION DEADLINE

**JOINT STIPULATION TO EXTEND THE EARLY NEUTRAL EVALUATION DEADLINE**

Plaintiff Joao Control & Monitoring Systems of California, LLC n/k/a Joao Control & Monitoring Systems, LLC ("Plaintiff" or "JCMS") and Defendant Sling Media, Inc. ("Sling Media") jointly submit this Stipulation and Proposed Order and respectfully request that the Court enter the below Proposed Order in this case.

The Parties have engaged in discussions for an early resolution and believe there is an opportunity that exists for resolving this case. Accordingly, the Parties request that the Court extend the Early Neutral Evaluation deadline by sixty days to allow the Parties to continue these settlement efforts. Accordingly, it is hereby STIPULATED TO AND AGREED BY THE PARTIES that the Early Neutral Evaluation Deadline will be extended to December 3, 2012.

Dated: October 2, 2012                    Respectfully submitted,

**HENINGER GARRISON DAVIS, LLC**

By: */s/ Maureen Victoria Abbey*

Maureen Victoria Abbey, Esq.
Attorneys For Plaintiff
JOAO CONTROL & MONITORING SYSTEMS, LLC


Dated: October 2, 2012                    Respectfully submitted,

**MORRISON & FOERSTER LLP**

By: /s/ Scott C. Moore

Scott C. Moore
Attorneys for Defendant

Pursuant to General Order No. 45.X.B., the below filer attests that concurrence in the filing of this document has been obtained from the above Signatories.

Dated: October 2, 2012                    */s/ Maureen Victoria Abbey*
                                          Maureen Victoria Abbey

1  PURSUANT TO STIPULATION, IT IS SO ORDERED.

2

3  Dated:   October 4, 2012         _____

4                                    HONORABLE EDWARD M. CHEN
                                     UNITED STATES DISTRICT JUDGE