Steven W. Ritcheson, Esq. (SBN 174062)
**HENINGER GARRISON DAVIS, LL**
9800 D Topanga Canyon Blvd. #347
Chatsworth, California 91311
Telephone: (818) 882-1030
Facsimile: (818) 337-0383
switcheson@hgdlawfirm.com

Maureen Victoria Abbey, Esq. (*pro hac vice*)
**HENINGER GARRISON DAVIS, LLC**
220 Saint Paul Street
Westfield, New Jersey 07090
Telephone: 908-379-8475
Facsimile: 908-301-9008
Maureen@hgdlawfirm.com

Attorneys for Plaintiff,
JOAO CONTROL & MONITORING SYSTEMS, LLC

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| JOAO CONTROL & MONITORING SYSTEMS OF CALIFORNIA, LLC, N/K/A JOAO CONTROL & MONITORING SYSTEMS, LLC<br><br>Plaintiff,<br><br>v.<br><br>SLING MEDIA, INC.<br><br>Defendant. | Case No. 3:11-CV-06277-EMC<br><br>Judge: Hon. Edward M. Chen<br><br>**JOINT STIPULATION EXTENDING THE EARLY NEUTRAL EVALUATION DEADLINE** ; ORDER |

JOINT STIPULATION TO EXTEND EARLY NEUTRAL EVALUATION DEADLINE

**JOINT STIPULATION TO EXTEND THE EARLY NEUTRAL EVALUATION DEADLINE**

Plaintiff Joao Control & Monitoring Systems of California, LLC n/k/a Joao Control & Monitoring Systems, LLC ("Plaintiff" or "JCMS") and Defendant Sling Media, Inc. ("Sling Media") jointly submit this Stipulation and Proposed Order and respectfully request that the Court enter the below Proposed Order in this case.

The Parties have engaged in discussions for an early resolution and believe there is an opportunity that exists for resolving this case. Because of medical reasons, scheduling conflicts and limitations on the neutral's availability for the Early Neutral Evaluation conference, the Parties are seeking additional time to complete the Early Neutral Evaluation process and have agreed to extend the Early Neutral Evaluation deadline an additional ninety days up to March 4, 2013, in view of these unforeseen complications and delays with the Early Neutral Evaluation.

The Parties respectfully request that the Court extend the Early Neutral Evaluation deadline by ninety days to allow the Parties to continue these settlement efforts. Accordingly, it is hereby STIPULATED TO AND AGREED BY THE PARTIES that the Early Neutral Evaluation Deadline will be extended to March 4, 2013.

Dated: November 30, 2012  Respectfully submitted,

**HENINGER GARRISON DAVIS, LLC**

By: */s/ Maureen Victoria Abbey*

Maureen Victoria Abbey, Esq.
Attorneys For Plaintiff
JOAO CONTROL & MONITORING SYSTEMS, LLC

Dated: November 30, 2012  Respectfully submitted,

**MORRISON & FOERSTER LLP**

By: */s/ Scott C. Moore*

Scott C. Moore
Attorneys for Defendant

Pursuant to General Order No. 45.X.B., the below filer attests that concurrence in the filing of this document has been obtained from the above Signatories.

Dated: November 30, 2012  */s/ Maureen Victoria Abbey*
Maureen Victoria Abbey

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: December 3, 2012

HONORABLE
UNITED ST

IT IS SO ORDERED
Judge Edward M. Chen

CASE NO. 3:11-CV-06277-EMC  PAGE |3
JOINT STIPULATION TO EXTEND EARLY NEUTRAL EVALUATION DEADLINE