Steven W. Ritcheson, Esq. (SBN 174062)
swritcheson@hgdlawfirm.com
**HENINGER GARRISON DAVIS, LLC**
9800 D Topanga Canyon Blvd. #347
Chatsworth, California 91311
Telephone: (818) 882-1030
Facsimile: (818) 337-0383

Maureen V. Abbey (*pro hac vice)*
Maureen@hgdlawfirm.com
**HENINGER GARRISON DAVIS, LLC**
220 Saint Paul Street
Westfield, NJ 07090
Phone: (908) 379-8475
Fax: (908) 301-9008

Attorneys for Plaintiff,
**JOAO CONTROL & MONITORING SYSTEMS OF CALIFORNIA, LLC N/K/A JOAO CONTROL & MONITORING SYSTEMS, LLC**

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| JOAO CONTROL & MONITORING SYSTEMS OF CALIFORNIA, LLC, N/K/A JOAO CONTROL & MONITORING SYSTEMS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>SLING MEDIA, INC.,<br><br>Defendant. | Case No. 11-CV-06277-EMC<br><br>Judge: Hon. Edward M. Chen<br><br>**NOTICE OF DISMISSAL** |

**PLEASE TAKE NOTICE** that Plaintiff Joao Control & Monitoring Systems, LLC, hereby dismisses this action as to the sole defendant in this action, Defendant Sling Media, Inc., pursuant to Federal Rule of Civil Procedure 41(A)(1). Said dismissal is without prejudice, each party to bear its own costs and attorneys' fees.

Dated: February 5, 2013

Respectfully submitted,

*/s/ Steven W. Ritcheson*
Steven W. Ritcheson
Attorney for Plaintiff
JOAO CONTROL & MONITORING SYSTEMS OF CALIFORNIA, LLC, N/K/A
JOAO CONTROL & MONITORING SYSTEMS, LLC

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been served upon all counsel of record to this proceeding by the Court's CM-ECF system on this, the 5th day of February, 2013.

*/s/ Steven W. Ritcheson*
Steven W. Ritcheson